IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARDO JOSEPH RANGEL,

      Plaintiff,                       No. CIV S-10-2542 KJM P

    vs.

JAMES TILTON, et al.,

      Defendants.              <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged violations took place in Kings County, which is part of the Fresno Division of the United States District Court for the Eastern District of California.  <u>See</u> Local Rule 120(d).

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.  In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

/////

1      Good cause appearing, IT IS HEREBY ORDERED that:

2      1. This action is transferred to the United States District Court for the Eastern

3  District of California sitting in Fresno; and

4      2. All future filings shall reference the new Fresno case number assigned and

5  shall be filed at:

6      United States District Court
       Eastern District of California
7      2500 Tulare Street
       Fresno, CA 93721

9  DATED:  September 29, 2010.

_____
U.S. MAGISTRATE JUDGE

12  /kly
    rang2542.22