# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO JOSEPH RANGEL,<br><br>            Plaintiff,<br><br>    v.<br><br>JAMES TILTON, et al.,<br><br>            Defendants. | CASE NO. 1:10-cv–01790-BAM PC<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL<br><br>(ECF No. 31)<br><br>FIFTEEN DAY DEADLINE |

  Plaintiff Leonardo Joseph Rangel is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on the first amended complaint, filed January 9, 2012, against Defendants Latraille and Tabor for excessive force in violation of the Eighth Amendment.  On May 4, 2012, an order issued opening discovery in this action, and on July 30, 2012, Plaintiff filed a motion to compel.  Defendants have failed to file an opposition or statement of non-opposition to the motion.  Local Rule 230(l).

  Accordingly, it is HEREBY ORDERED that:

  1.  Defendants shall file an opposition or a statement of non-opposition to Plaintiff's motion to compel within **fifteen (15) days** from the date of service of this order; and
  2.  Failure to comply with this order may result in the imposition of sanctions deemed appropriate by the Court.  Local Rule 210.

IT IS SO ORDERED.

Dated:  September 6, 2012            /s/ Barbara A. McAuliffe
                    UNITED STATES MAGISTRATE JUDGE

1