# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO JOSEPH RANGEL, | CASE NO. 1:10-cv-01790-AWI-BAM PC |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR SANCTIONS |
| v. | |
| JAMES TILTON, et al., | (ECF No. 39) |
| Defendants. | TWENTY-ONE DAY DEADLINE |

Plaintiff Leonardo Joseph Rangel is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on the first amended complaint, filed January 9, 2012, against Defendants Latraille and Tabor for excessive force in violation of the Eighth Amendment.

On December 26, 2012, Plaintiff filed a motion for discovery sanctions. Accordingly, it is HEREBY ORDERED that Defendants shall file an opposition or a statement of non-opposition to Plaintiff's motion for sanctions within **twenty-one (21) days** from the date of service of this order. Local Rule 230(l). Failure to comply with this order may result in the imposition of sanctions deemed appropriate by the Court. Local Rule 110.

IT IS SO ORDERED.

Dated: January 7, 2013        /s/ Barbara A. McAuliffe
                              UNITED STATES MAGISTRATE JUDGE

1