1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8
9

LEONARDO JOSEPH RANGEL,                    CASE NO. 1:10-cv-01790-AWI-BAM PC

10

              Plaintiff,                    ORDER REQUIRING DEFENDANTS TO
                                           RESPOND TO PLAINTIFF'S MOTION FOR

11

    v.                                    SANCTIONS

12

JAMES TILTON, et al.,                      (ECF No. 39)

13

              Defendants.                    TWENTY-ONE DAY DEADLINE

                                          /

14
15

       Plaintiff Leonardo Joseph Rangel is a state prisoner proceeding pro se and in forma pauperis

16

in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on the first

17

amended complaint, filed January 9, 2012, against Defendants Latraille and Tabor for excessive

18

force in violation of the Eighth Amendment.

19

       On December 26, 2012, Plaintiff filed a motion for discovery sanctions.  Accordingly, it is

20

HEREBY ORDERED that Defendants shall file an opposition or a statement of non-opposition to

21

Plaintiff's motion for sanctions within **twenty-one (21) days** from the date of service of this order.

22

Local Rule 230(l).  Failure to comply with this order may result in the imposition of sanctions

23

deemed appropriate by the Court.  Local Rule 110.

24

       IT IS SO ORDERED.

25

**Dated:   January 7, 2013**                    /s/ **Barbara A. McAuliffe**
                                       UNITED STATES MAGISTRATE JUDGE

26
27
28