# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO JOSEPH RANGEL,<br><br>          Plaintiff,<br><br>     v.<br><br>JAMES TILTON, et al.,<br><br>          Defendants. | CASE NO. 1:10-cv–01790-AWI-BAM PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW HIS REQUEST FOR EXTENSION OF ALL DISCOVERY DEADLINES<br><br>(ECF Nos. 41 and 42) |

Plaintiff Leonardo Joseph Rangel is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on the first amended complaint, filed January 9, 2012, against Defendants Latraille and Tabor for excessive force in violation of the Eighth Amendment.

On January 14, 2013, Plaintiff filed a motion to extend all discovery deadlines. (ECF No. 41). Thereafter, on January 22, 2013, Plaintiff filed a motion to withdraw his request for an extension of deadlines. (ECF No. 42.)

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to withdraw his request for an extension of deadlines (ECF No. 42) is GRANTED; and

2. Plaintiff's motion for an extension of deadlines (ECF No. 41) is WITHDRAWN.

IT IS SO ORDERED.

Dated:   **January 25, 2013**             /s/ **Barbara A. McAuliffe**
                                                         UNITED STATES MAGISTRATE JUDGE