UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO JOSEPH RANGEL,<br><br>        Plaintiff,<br><br>    v.<br><br>D. LATRAILLE, et al.,<br><br>        Defendants. | Case No.: 1:10-cv-01790-AWI-BAM PC<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO SERVE ADDITIONAL INTERROGATORIES UPON DEFENDANTS LATRAILLE AND TABOR<br><br>FOURTEEN-DAY DEADLINE |

    Plaintiff Leonardo Joseph Rangel ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On February 15, 2013, Plaintiff filed a motion requesting leave of court to propound ten (10) additional interrogatory questions of both Defendant Latraille and Defendant Tabor.  (ECF No. 47.)  Defendants failed to respond.  Accordingly, it is HEREBY ORDERED that Defendants shall file an opposition or a statement of non-opposition to Plaintiff's motion within **fourteen (14) days** from the date of service of this order.  Failure to comply with this order may result in the imposition of sanctions deemed appropriate by the Court.  Local Rule 110.

IT IS SO ORDERED.

    Dated:   **June 25, 2013**                 /s/ Barbara A. McAuliffe
                                                             UNITED STATES MAGISTRATE JUDGE