UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO JOSEPH RANGEL,<br><br>        Plaintiff,<br><br>      v.<br><br>D. LATRAILLE, et al.,<br><br>        Defendants. | Case No.: 1:10-cv-01790-AWI-BAM PC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF 45 DAYS TO FILE AN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF No. 69)<br><br>FORTY-FIVE DAY DEADLINE |

      Plaintiff Leonardo Joseph Rangel ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      On July 3, 2013, Plaintiff filed a motion requesting an extension of time to file his opposition to Defendants' motion for summary judgment.  Plaintiff contends that the Court allowed Defendants to file their motion for summary judgment, but did not address Plaintiff's pending discovery motions.[1]  Plaintiff also explains that he requires additional time because he is preparing for a resentencing hearing and will be transported to court.

      Good cause appearing, Plaintiff's request for a forty-five (45) day extension of time to file his opposition to Defendants' motion for summary judgment is HEREBY GRANTED.  Plaintiff shall file

---

[1]     Prior to Plaintiff's filing of the requested extension, the Court issued rulings on all but one pending discovery motion.  Plaintiff also has filed a motion to amend the complaint, which the Court will address in due course.

1

his opposition to Defendants' motion for summary judgment within forty-five (45) days from the date of this order.

IT IS SO ORDERED.

Dated:   **July 11, 2013**                             /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE