UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO JOSEPH RANGEL,<br><br>  Plaintiff,<br><br>  v.<br><br>D. LATRAILLE, et al.,<br><br>  Defendants. | Case No.: 1:10-cv-01790-AWI-BAM PC<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO SUPPLY C-FILE (ECF No. 75)<br><br>SEVEN-DAY DEADLINE |

Plaintiff Leonardo Joseph Rangel ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 27, 2013, the Court issued an order which required defense counsel to arrange for Plaintiff to view the non-confidential portions of his c-file and obtain copies of those documents, including his CDCR 114-A and 114-A1 entries (or documents) relevant to this action within twenty-one (21) days. (ECF No. 68, pp. 3-4.) The Court also indicated that Plaintiff may contact defense counsel to arrange for viewing of his videotaped extraction and, if necessary, renew his request to compel such viewing. (ECF No. 68, p. 11.)

On August 1, 2013, Plaintiff filed a motion to compel review and copies of his c-file as ordered by the Court. Plaintiff contends that he was not allowed to review any documents in the file. Although he was able to itemize documents for copying, he was denied copies due to a lack of funds. (ECF No. 75.) Defendants have failed to respond to the motion. Accordingly, it is HEREBY

1

1 ORDERED that Defendants shall file a response to Plaintiff's motion within **seven (7) days** from the
2 date of service of this order.  Any response shall include proof of compliance with the Court's June 27,
3 2013 order.  Failure to comply with this order may result in the imposition of sanctions deemed
4 appropriate by the Court.  Local Rule 110.

6 IT IS SO ORDERED.

7   Dated:   **March 17, 2014**                              /s/ Barbara A. McAuliffe
8                                                                                 UNITED STATES MAGISTRATE JUDGE