1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9    LEONARDO JOSEPH RANGEL, | )   1:10-cv-01790-BAM (PC) |
| 10          Plaintiff, | ) <br> )   ORDER GRANTING STIPULATION |
| 11    v. | )   CONTINUING TRIAL AND PRETRIAL <br> )   DATES   (ECF No. 98) |
| 12    D. LATRAILLE, et al., | ) <br> )   <u>Telephonic Trial Confirmation Hearing</u>: |
| 13          Defendants. | )   **July 28, 2015, at 9:30 a.m. in Courtroom 8** <br> )   **(BAM)** |
| 14 | ) <br> )   <u>Jury Trial</u>: |
| 15 | )   **September 15, 2015, at 8:30 a.m. in** <br> )   **Courtroom 8 (BAM)** |
| 16 | ) |

17         Pursuant to the stipulation of the parties filed on March 16, 2015, and the discussion at

18 the telephonic status conference held on March 25, 2015, the Amended Second Scheduling

19 Order is HEREBY MODIFIED as follows:

20        1.   The telephonic trial confirmation hearing before the Honorable Barbara A. McAuliffe

21            is continued to **July 28, 2015, at 9:30 a.m. in Courtroom 8**;

22        2.   The jury trial before the Honorable Barbara A. McAuliffe is continued to **September**

23            **15, 2015, at 8:30 a.m. in Courtroom 8**;

24        3.   The parties shall initiate the telephonic trial confirmation hearing at **(559) 499-5789**):

25        4.    Plaintiff shall serve and file a pretrial statement and any motion for the attendance of

26            incarcerated witnesses on or before **June 15, 2015**; and

27
28

1

1    5.  Defendants shall serve and file a pretrial statement and any opposition to the motion

2       for the attendance of incarcerated witnesses on or before **June 24, 2015**.

3

4  IT IS SO ORDERED.

5

   Dated:    **March 25, 2015**                    /s/ *Barbara A. McAuliffe*

6                                            UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28