Tammy L. Sedin (SB#123099)
SEDIN BEGAKIS & ASSOCIATES
880 W. First St., Suite 302
Los Angeles, CA 90012
Tel: 213-346-9417
Cell: 213-392-3315
Facsimile: 213-346-9419

Attorney for Plaintiff
LEONARDO JOSEPH RANGEL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | | |
|---|---|---|
| LEONARDO JOSEPH RANGEL, | ) | No. 1:10-CV-01790-AWI-BAM(PC) |
| | ) | |
| Plaintiff, | ) | **ORDER TO** |
| | ) | **EXTEND TIME TO FILE** |
| vs. | ) | **DESIGNATION OF** |
| | ) | **EXPERT WITNESS(ES)** |
| D. LATRAILLE, et al., | ) | |
| and DOES 1 to 10, Inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

Having considered the parties' stipulation to extend time to file Designation of Expert Witness(es) in this matter, **IT IS HEREBY** ORDERED that the current date of June 17, 2015, is extended to June 26, 2015.
IT IS SO ORDERED.

Dated:   **June 17, 2015**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE