# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEONARDO JOSEPH RANGEL, | ) | 1:10-cv-01790-BAM (PC) |
| Plaintiff, | ) ) | ORDER TO RECAPTION CASE |
| v. | ) ) | |
| JAMES TILTON, et al., | ) ) | |
| Defendants. | ) ) | |

Currently this action proceeds only against Defendants D. Latraille and J. Tabor. Therefore, the caption should reflect that this action no longer proceeds against Defendants Tilton, Adams, Dan, Jennings and Hubach. Accordingly, the caption for this case shall be as follows:

| | | |
|---|---|---|
| LEONARDO JOSEPH RANGEL, | ) | 1:10-cv-01790-BAM (PC) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| D. LATRAILLE, et al., | ) ) | |
| Defendants. | ) ) | |

IT IS SO ORDERED.

Dated: **March 7, 2016**           /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE