# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO JOSEPH RANGEL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>D. LATRAILLE, et al.,<br><br>　　　　Defendants. | 1:10-cv-01790-BAM (PC)<br><br>**ORDER SETTING SETTLEMENT CONFERENCE**<br><br>**Date:** April 21, 2016<br>**Time:** 10:00 a.m.<br>**Place:** Courtroom #7 (SKO), 6th Floor |

　　　This case is set for a Settlement Conference before Magistrate Judge Sheila K. Oberto on April 21, 2016, at 10:00 a.m. in Courtroom 7 at the U.S. District Court, 2500 Tulare Street, 6th Floor, Fresno, California, 93721.  Unless otherwise permitted in advance by the Court, the <u>attorneys who will try the case</u> shall personally appear at the settlement conference with the parties and the person or persons <u>having full authority</u> to negotiate and settle the case, on any terms, at the conference. Specifically, <u>Plaintiff must appear in person</u> at the settlement conference.

　　　No later than **seven days prior** to the settlement conference, each party shall submit directly to Judge Oberto's chambers at skoorders@caed.uscourts.gov, a confidential settlement conference statement.  This statement should neither be filed with the Clerk of the Court nor served on any other party.  Each statement shall be clearly marked "CONFIDENTIAL" with the date and time of the settlement conference indicated prominently.

///

The settlement statement should not be lengthy but shall include a brief recitation of the facts, a discussion of the strengths and weaknesses of the case, an estimate of the cost and time to be expended for further pretrial and trial matters, and the relief sought. The parties are also directed to include a candid statement on the party's position on settlement, **including the amount which the party will accept to settle**, **realistic settlement expectations**, present settlement proposals, and a history of past settlement discussions, offers, demands, and a report on settlement efforts to date.

This Court will vacate the settlement conference if the Court finds the settlement conference will be neither productive nor meaningful to attempt to resolve all or part of this case. As far in advance of the settlement conference as possible, a party shall inform the Court and other parties that it believes the case is not in a settlement posture so the Court may vacate or reset the settlement conference. Otherwise the parties shall proceed with the settlement conference in good faith to attempt to resolve all or part of the case.

IT IS SO ORDERED.

Dated:   **March 31, 2016**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE