# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO JOSEPH RANGEL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>D. LATRAILLE, et al.,<br><br>　　　　Defendants. | 1:10-cv-01790-BAM (PC)<br><br>**AMENDED PRETRIAL ORDER**<br><br>(ECF No. 117)<br><br>**Motion in Limine Hearing**: April 25, 2016 at 10:00 am. in Courtroom 8 (BAM) |

　　　　Plaintiff Leonardo Joseph Rangel ("Plaintiff") is a former state prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's claims of excessive force in violation of the Eighth Amendment, and assault and battery under state law, against Defendants D. LaTraille and J. Taber (erroneously sued as "J. Tabor"). All parties have consented to magistrate judge jurisdiction. (ECF Nos. 9, 93). A jury trial is currently confirmed for May 3, 2016.

　　　　On March 24, 2015, pursuant to this Court's prior order, Plaintiff filed a statement regarding the trial in this matter. (ECF No. 125.) Plaintiff's statement requires the amendment of the March 16, 2016 Pretrial Order previously issued in this matter. Furthermore, the Court finds that the interests of judicial economy are best served by adjusting the date for the motion in limine hearing in this matter.

　　　　Accordingly, the Court HEREBY ORDERS that:

　　　　1.　　　Section **IV** of the Pretrial Order is amended, as follows:

///

Plaintiff seeks compensatory and punitive damages, attorney's fees and costs, and other relief as the Court deems proper. Plaintiff abandons his claims for declaratory relief and injunctive relief.

Defendants pray for judgment in their favor, with Rangel taking nothing, an award of costs, and such other relief as the Court deems proper.

2. The motion in limine hearing in this matter will be held, telephonically, on April 25, 2016 at 10:00 a.m. in Courtroom 8 (BAM); and

3. All other provisions, dates, deadlines, requirements, admonishments, and instructions in the Court's March 16, 2016 Pretrial Order issued in this matter remain the same.

4. No further briefing will be considered in support of or in opposition to these fully briefed motions.

IT IS SO ORDERED.

Dated: **April 4, 2016**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE