# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO JOSEPH RANGEL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>D. LATRAILLE, et al.,<br><br>　　　　Defendants. | 1:10-cv-01790-BAM (PC)<br><br>**ORDER REGARDING NOTICE OF SETTLEMENT**<br><br>(ECF No. 131)<br><br>**ORDER VACATING APRIL 21, 2016 SETTLEMENT CONFERENCE**<br><br>**ORDER VACATING PENDING DEADLINES, APRIL 25, 2016 HEARING DATE, AND MAY 3, 2016 TRIAL DATE** |

Plaintiff Leonardo Joseph Rangel ("Plaintiff") is a former state prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's claims of excessive force in violation of the Eighth Amendment, and assault and battery under state law, against Defendants D. LaTraille and J. Taber (erroneously sued as "J. Tabor"). All parties have consented to magistrate judge jurisdiction. (ECF Nos. 9, 93).

On April 19, 2016, Defendants filed a "Notice of Settlement" indicating that the parties have reached a settlement of all claims. (ECF No. 131.) The notice states that, under the terms of the settlement agreement: (1) all parties will sign a stipulation for voluntary dismissal with prejudice of the entire action; (2) Plaintiff, by and though his counsel of record, shall receive an agreed upon sum within 180 days, or if necessary, within a reasonable time after a new State budget is passed; and (3) when that sum is paid, Defendants shall file the stipulation for

voluntary dismissal. The parties request that the case remain open until Defendants file the stipulation for voluntary dismissal, and that all scheduled matters be vacated.

Based on Defendants' notice, and pursuant to this Court's Local Rule 160, the Court HEREBY ORDERS as follows:

1. The settlement conference set before Magistrate Judge Sheila K. Oberto, on April 21, 2016, is VACATED;

2. The motion in limine hearing date of April 25, 2016 is VACATED;

3. The trial date of May 3, 2016 is VACATED;

4. Any and all other pending deadlines are VACATED;

5. The parties shall, no later than **October 17, 2016**, file appropriate papers to dismiss or conclude this action in its entirety. An extension of this deadline will be granted only on a showing of good cause; and

6. **Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order**. See Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

Dated:   **April 20, 2016**            /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE