# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO JOSEPH RANGEL,<br><br>      Plaintiff,<br><br>  v.<br><br>D. LATRAILLE, et al.,<br><br>      Defendants. | 1:10-cv-01790-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION IN LIMINE WITHOUT PREJUDICE<br>(ECF No. 124)<br><br>ORDER DENYING DEFENDANTS' MOTIONS IN LIMINE ##1-5, WITHOUT PREJUDICE<br>(ECF Nos. 119, 120, 121, 122, 123) |

On April 19, 2016, Defendants filed a "Notice of Settlement" indicating that the parties have reached a settlement of all claims. (ECF No. 131.) Consequently, this Court vacated all pending deadlines and the trial date, and ordered that the parties shall, no later than **October 17, 2016**, file appropriate papers to dismiss or conclude this action in its entirety. (ECF No. 132.)

Pending such dismissal papers, the Court HEREBY ORDERS that the parties' pretrial motions in limine are DENIED without prejudice (ECF Nos. 119, 120, 121, 122, 123, 124).

IT IS SO ORDERED.

Dated: **July 5, 2016**      /s/ Barbara A. McAuliffe
                                                                      UNITED STATES MAGISTRATE JUDGE