# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO JOSEPH RANGEL,<br><br>   Plaintiff,<br><br> v.<br><br>D. LATRAILLE, et al.,<br><br>   Defendants. | 1:10-cv-01790-BAM (PC)<br><br>ORDER OF DISMISSAL<br><br>(ECF No. 134)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE |

  Plaintiff Leonardo Joseph Rangel ("Plaintiff") is a former state prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. All parties have consented to magistrate judge jurisdiction. (ECF Nos. 9, 93).

  On October 6, 2016, defense counsel filed a stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), signed by counsel for Plaintiff and Defendants LaTraille and Tabor, indicating this matter has been resolved in its entirety. (Doc. No.134.)

  Accordingly, the Court orders that:

  1. This action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party is to bear his own costs, fees, and expenses of any type, including attorney's fees. There is no prevailing party in this action;

  2. The Court shall retain jurisdiction for the sole purpose of enforcement of the terms of the settlement agreement between the parties; and

3.        The Clerk of the Court is directed to terminate all pending motions and deadlines, and close this case.

IT IS SO ORDERED.

Dated:   **October 7, 2016**                              /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE